FILED
Aug 21 2020
4:19 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ jillr   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '20 CR2546 AJB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine |
| DELILAH GUADALUPE DIAZ, | |
| Defendant. | |

The grand jury charges:

On or about August 17, 2020, within the Southern District of California, defendant DELILAH GUADALUPE DIAZ did knowingly and intentionally import 500 grams and more, to wit: approximately 27.98 kilograms (61.68 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 21, 2020.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
ERIC R. OLAH
Assistant U.S. Attorney

ERO:nlv:San Diego:8/20/20